# 05-40158 FDS

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Massachusetts | | |
|---|---|---|---|
| Name Peter J. Santiago, Jr. | Prisoner No. | Case No. | |

| Place of Confinement  NCCI Gardner |
|---|
| Gardner, Massachusetts |

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Peter J. Santiago, Jr.   v. | Kathleen M. Dennehy, Commissioner of Corrections |

| The Attorney General of the State of: Massachusetts |
|---|

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _____
   Franklin County Superior Court, Greenfield, MA

2. Date of judgment of conviction   7 October 1998

3. Length of sentence   15 years to 15 years and 1 day

4. Nature of offense involved (all counts)   Trafficking in 200 or more grams of cocaine.

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court  Appeals Court of Massachusetts

(b) Result  Affirmed

(c) Date of result and citation, if known  31 June 2001

(d) Grounds raised  Defective search warrant affidavit and absence of probable cause for search; violation of 6th Amendment right to present defense witness.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court  Massachusetts Supreme Judicial Court

(2) Result  Further appellate review denied

(3) Date of result and citation, if known  30 July 2001

(4) Grounds raised  same

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court

(2) Result

(3) Date of result and citation, if known

(4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒  No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court  Franklin County Superior Court

(2) Nature of proceeding  Motion for New Trial

(3) Grounds raised  Without consulting with petitioner, counsel filed a new trial motion prior to appointment of appellate counsel and the entry of petitioner's direct appeal, alleging unconstitutional search and seizure, but failing to offer any supporting facts or argument.

AO 241 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☒

    (5) Result   Denied without hearing.

    (6) Date of result   2 November 1999

(b) As to any second petition, application or motion give the same information:

    (1) Name of court   Franklin County Superior Court

    (2) Nature of proceeding   Motion for New Trial

    (3) Grounds raised   Ineffective assistance of trial counsel for failure to pursue discovery of informant information.

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐  No ☒

    (5) Result   Denied without hearing.

    (6) Date of result   16 January 2002

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.   Yes ☐  No ☒
    (2) Second petition, etc.   Yes ☒  No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Petitioner did not appeal from the denial of the first new trial motion because, to the extent any issues were raised therein, the first motion was duplicative of the direct appeal, and all such issues were raised and fully addressed on direct appeal.

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.
(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Search of petitioner's apartment and seizure of evidence was conducted pursuant to an invalid warrant.

Supporting FACTS (state *briefly* without citing cases or law)

1. The search warrant affidavit was dated two days after the warrant was issued.

2. The search warrant affidavit lacked an executed jurat.

3. The affidavit does not establish probable cause for the issuance of the warrant.

B. Ground two: The trial court violated petitioner's Sixth Amendment right to present witnesses in his favor.

Supporting FACTS (state *briefly* without citing cases or law):
The trial court erroneously barred the petitioner from presenting testimony as to an extrajudicial admission by a deceased declarant that the drugs at issue in the case belonged to him and not to petitioner.

(5)

AO 241 (Rev. 5/85)

C. Ground three: Ineffective assistance of trial counsel.

Supporting FACTS (state *briefly* without citing cases or law):
Trial counsel failed to pursue discovery of information pertaining to an anonymous informant. The trial court docket shows that a motion for informant information was allowed, but the Commonwealth did not comply, and trial counsel made no attempt to enforce the order.

D. Ground four:

Supporting FACTS (state *briefly* without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing    F. Michael Joseph, 2 Mattoon Street, Springfield, MA

(b) At arraignment and plea    same

(6)

AO 241 (Rev. 5/85)

(c) At trial    F. Michael Joseph

(d) At sentencing    F. Michael Joseph

(e) On appeal    Donald K. Freyleue, 6 Highland Avenue, Ipswich, MA 01938

(f) In any post-conviction proceeding    First new trial motion: Richard Howland, 326 N. Pleasant St., Amherst, MA

Second new trial motion, pro se

(g) On appeal from any adverse ruling in a post-conviction proceeding
Donald K. Freyleue

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

Donald K. Freyleue
Six High;and Avenue
Ipswich, MA 01938
978-356-4739

I declare under penalty of perjury that the foregoing is true and correct. Executed on

8/31/05
(date)

_____
Signature of Petitioner

(7)

JS 44 (Rev. 11/04)   CIVIL COVER SHEET   05-40158 FDS

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Peter J. Santiago, Jr.

**DEFENDANTS**
Kathleen M. Dennehy, Commissioner of Corrections

(b) County of Residence of First Listed Plaintiff   Worcester
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  ☐ 310 Airplane  ☐ 315 Airplane Product Liability  ☐ 320 Assault, Libel & Slander  ☐ 330 Federal Employers' Liability  ☐ 340 Marine  ☐ 345 Marine Product Liability  ☐ 350 Motor Vehicle  ☐ 355 Motor Vehicle Product Liability  ☐ 360 Other Personal Injury | **PERSONAL INJURY**  ☐ 362 Personal Injury - Med. Malpractice  ☐ 365 Personal Injury - Product Liability  ☐ 368 Asbestos Personal Injury Product Liability  **PERSONAL PROPERTY**  ☐ 370 Other Fraud  ☐ 371 Truth in Lending  ☐ 380 Other Personal Property Damage  ☐ 385 Property Damage Product Liability | ☐ 610 Agriculture  ☐ 620 Other Food & Drug  ☐ 625 Drug Related Seizure of Property 21 USC 881  ☐ 630 Liquor Laws  ☐ 640 R.R. & Truck  ☐ 650 Airline Regs.  ☐ 660 Occupational Safety/Health  ☐ 690 Other  **LABOR**  ☐ 710 Fair Labor Standards Act  ☐ 720 Labor/Mgmt. Relations  ☐ 730 Labor/Mgmt.Reporting & Disclosure Act  ☐ 740 Railway Labor Act  ☐ 790 Other Labor Litigation  ☐ 791 Empl. Ret. Inc. Security Act | ☐ 422 Appeal 28 USC 158  ☐ 423 Withdrawal 28 USC 157  **PROPERTY RIGHTS**  ☐ 820 Copyrights  ☐ 830 Patent  ☐ 840 Trademark  **SOCIAL SECURITY**  ☐ 861 HIA (1395ff)  ☐ 862 Black Lung (923)  ☐ 863 DIWC/DIWW (405(g))  ☐ 864 SSID Title XVI  ☐ 865 RSI (405(g))  **FEDERAL TAX SUITS**  ☐ 870 Taxes (U.S. Plaintiff or Defendant)  ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 400 State Reapportionment  ☐ 410 Antitrust  ☐ 430 Banks and Banking  ☐ 450 Commerce  ☐ 460 Deportation  ☐ 470 Racketeer Influenced and Corrupt Organizations  ☐ 480 Consumer Credit  ☐ 490 Cable/Sat TV  ☐ 810 Selective Service  ☐ 850 Securities/Commodities/ Exchange  ☐ 875 Customer Challenge 12 USC 3410  ☐ 890 Other Statutory Actions  ☐ 891 Agricultural Acts  ☐ 892 Economic Stabilization Act  ☐ 893 Environmental Matters  ☐ 894 Energy Allocation Act  ☐ 895 Freedom of Information Act  ☐ 900 Appeal of Fee Determination Under Equal Access to Justice  ☐ 950 Constitutionality of State Statutes |
| ☐ 120 Marine |  |  |  |  |
| ☐ 130 Miller Act |  |  |  |  |
| ☐ 140 Negotiable Instrument |  |  |  |  |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment |  |  |  |  |
| ☐ 151 Medicare Act |  |  |  |  |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) |  |  |  |  |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  |  |  |  |
| ☐ 160 Stockholders' Suits |  |  |  |  |
| ☐ 190 Other Contract |  |  |  |  |
| ☐ 195 Contract Product Liability |  |  |  |  |
| ☐ 196 Franchise |  |  |  |  |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** |  |  |
| ☐ 210 Land Condemnation  ☐ 220 Foreclosure  ☐ 230 Rent Lease & Ejectment  ☐ 240 Torts to Land  ☐ 245 Tort Product Liability  ☐ 290 All Other Real Property | ☐ 441 Voting  ☐ 442 Employment  ☐ 443 Housing/ Accommodations  ☐ 444 Welfare  ☐ 445 Amer. w/Disabilities - Employment  ☐ 446 Amer. w/Disabilities - Other  ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence  **Habeas Corpus:**  ☒ 530 General  ☐ 535 Death Penalty  ☐ 540 Mandamus & Other  ☐ 550 Civil Rights  ☐ 555 Prison Condition |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 2254

Brief description of cause:
The respondent has custody of the petitioner in violation of the Constitution of the United States

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____