## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**PETER SANTIAGO, JR.**
    **Petitioner**

**v.**                                **Civil Action No. 05-CV-40185-FDS**

**KATHLEEN DENNEHY**
    **Respondent**

### MOTION TO SUBSTITUTE PROPER RESPONDENT IN
### COMPLIANCE WITH 28 U.S.C. § 2254 RULE 2(a)

The respondent respectfully requests that the Court substitute the proper respondent in this habeas corpus action.  Pursuant to Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts (the "Habeas Rules"), the petitioner should name as respondent the state officer who has custody of the petitioner. The petitioner is currently being held at the North Central Correctional Center, so the correct respondent is Steven O'Brien, who is the superintendent of that facility.  The respondent therefore respectfully requests the Court substitute Steven O'Brien in place of Kathleen Dennehy as the proper respondent in this case.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

September 30, 2005

/s/ Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on Donald Freyleue, Six Highland Avenue, Ipswich, MA 01938, by first class mail, postage prepaid, on September 30, 2005.

/s/ Susanne G. Reardon
Susanne G. Reardon, BBO # 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832