UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. SANTIAGO, JR.<br>　　　Petitioner,<br><br>v.<br><br>KATHLEEN DENNEHY,<br>　　　Respondent. | Civil Action No. 05-40158-FDS |

## ANSWER

Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, the respondent hereby answers the petition for writ of habeas corpus of the petitioner Peter Santiago.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9(a)-(b). Admitted.

9(c). Denied. Answering further, the respondent states that the Appeals Court affirmed the conviction on May 9, 2001 and the citation is 51 Mass. App. Ct. 1108, 746 N.E.2d 595 (2001).

9(d). Admitted.

9(e).   Admitted.  Answering further the respondent states that the citation for the denial of further appellate review is 434 Mass. 1108, 757 N.E.2d 730 (2001).

9(f).   Not applicable.

10.   Admitted.

11(a).   Admitted, except for the additional comments regarding counsel's failure to consult with petitioner prior to filing the motion for new trial.  Respondent lacks knowledge or information sufficient to admit or deny these allegations.

11(b).   Admitted.

11(c).   Admitted.

12.   The respondent states that paragraph 12 contains legal argument and conclusions to which no response is required.

13.   Left blank by petitioner.

14.   The respondent states that he lacks knowledge or information sufficient to admit or deny the allegations contained in paragraph 14 and calls upon petitioner to prove same.

15(a)-(g).   Admitted.

16.   Admitted.

17.   The respondent lacks the knowledge or information sufficient to admit or deny the allegations contained in paragraph 17 and calls upon petitioner to prove same.

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. §2254 cases, the respondent informs the court that she will supply the trial transcripts if ordered by the court.  The respondent is filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

**Volume I**

1. Defendant's brief on appeal to the Massachusetts Appeals Court (2000-P-15).

2. Defendant's Record Appendix.

3. Memo in Lieu of Brief for the Commonwealth (2000-P-15).

4. Reply brief of defendant.

5. *Commonwealth v. Santiago*, 51 Mass. App. Ct. 1108, 746 N.E.2d 595 (2001).

6. Application for further appellate review (FAR 11933).

7. *Commonwealth v. Santiago*, 434 Mass. 1108, 757 N.E.2d 730 (2001) (Further appellate review denied).

**Volume II**

1. Defendant's Brief (2003-P-0039)

2. Defendant's record appendix

3. Commonwealth's Brief

4. Commonwealth's Record Appendix

5. Defendant's Reply Brief

6. *Commonwealth v. Santiago*, 63 Mass. App. Ct. 1105, 823 N.E.2d 436 (2005)

7. Application for Further Appellate Review (FAR 14852)

8. *Commonwealth v. Santiago*, 444 Mass. 1106, 830 N.E.2d 1088 (2005) (Further Appellate Review denied).

## **DEFENSES**

1. The petition contains claims which are not cognizable on habeas review.

2. The petition raises claims that are in procedural default.

3. In the alternative, the state court adjudication of the petitioner's claims was not

contrary to or an unreasonable application of clearly established Supreme Court law nor was it based on an unreasonable determination of the facts in light of the evidence presented in the state court.

The respondent respectfully reserves the right to amend or supplement this Answer in the future should the need arise.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Susanne G. Reardon
        Susanne G. Reardon
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200
        BBO No. 561669

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached documents was served upon Donald K. Freyleue, Six Highland Avenue, Ipswich, MA 01938, by first class mail, postage pre-paid, on September 30, 2005.

        /s/ Susanne G. Reardon
        Susanne G. Reardon
        Assistant Attorney General