# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PETER J. SANTIAGO, JR.  )
  Petitioner,   )
         )
v.         )
         )  Civil Action No. 05-40158-FDS
KATHLEEN DENNEHY,  )
  Respondent.   )
         )

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

## RESPONDENT'S SUPPLEMENTAL ANSWER

**Volume I**

1. Defendant's brief on appeal to the Massachusetts Appeals Court (2000-P-15).

2. Defendant's Record Appendix.

3. Memo in Lieu of Brief for the Commonwealth (2000-P-15).

4. Reply brief of defendant.

5. *Commonwealth v. Santiago*, 51 Mass. App. Ct. 1108, 746 N.E.2d 595 (2001).

6. Application for further appellate review (FAR 11933).

7. *Commonwealth v. Santiago*, 434 Mass. 1108, 757 N.E.2d 730 (2001) (Further appellate review denied).

**Volume II**

1. Defendant's Brief (2003-P-0039)

2. Defendant's record appendix

3. Commonwealth's Brief

4. Commonwealth's Record Appendix

5. Defendant's Reply Brief

6. *Commonwealth v. Santiago*, 63 Mass. App. Ct. 1105, 823 N.E.2d 436 (2005)

7. Application for Further Appellate Review (FAR 14852)

8. *Commonwealth v. Santiago*, 444 Mass. 1106, 830 N.E.2d 1088 (2005) (Further Appellate Review denied).

Respectfully submitted,
THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 561669

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon Donald Freyleue, Six Highland Avenue, Ipswich, MA 01938, by first class mail, postage pre-paid, on September 30, 2005.

/s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General

2