**DONALD K. FREYLEUE**

*ATTORNEY AT LAW*
Six Highland Avenue
Ipswich, Massachusetts 01938

FILED
CLERKS OFFICE

2006 DEC -4 P 12: 54

U.S. DISTRICT COURT
DISTRICT OF MASS.

Telephone: (978) 356-4739
Fax: (978) 359-0444
E-mail: dfreyleue@comcast.net

1 December 2006

Sarah Allison Thornton, Clerk
U.S. District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

Re:   **Peter J. Santiago, Jr. v. Kathleen M. Dennehy**
      **Civil Action No. 05-CV-40158-FDS**

Dear Ms. Thornton:

The above-referenced habeas corpus action was filed more than a year ago, but the court has yet to order briefing and to schedule a hearing. Please let me know if there is anything I can do to expedite the resolution of this matter.

Thank you for your assistance.

Very truly yours,

Donald K. Freyleue

DKF/sp

cc:   Peter J. Santiago, Jr.