UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JAN 16 P 3: 17
U.S. DISTRICT COURT
DISTRICT OF MASS.

PETER J. SANTIAGO, Jr. )
    Petitioner )
)
v. )   Civil Action No. 4:05-CV-40158
)
STEVEN O'BRIEN, )
    Respondent )

### PETITIONER'S MOTION TO ENLARGE TIME FOR FILING MEMORANDUM

    Now comes the Petitioner, Peter J. Santiago, Jr., and moves this court to enlarge the time within which he is to file his memorandum from Friday, January 12, 2007, to Friday, January 26, 2007. In support of this motion, Santiago states that counsel has multiple pressing professional commitments at this time, and requires a small amount of additional time to complete the memorandum for filing. Counsel also needs time for the Petitioner to review the memorandum and comment on it before filing. The fourteen-day enlargement sought is *de minimis* and will not prejudice the Respondent.

                              Peter Santiago,
                              Petitioner,

                              by his attorney,

12 January 2007

                              Donald K. Freyleue
                              BBO# 549822
                              Six Highland Avenue
                              Ipswich, MA 01938
                              (978) 356-4739

### CERTIFICATE OF SERVICE

    I, Donald K. Freyleue, attorney for Peter J. Santiago, Jr., hereby certify that on this date I served the foregoing on Susanne G. Reardon, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

12 January 2007

                              Donald K. Freyleue