UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PETER J. SANTIAGO, JR. | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-40158-FDS |
| KATHLEEN DENNEHY, | ) ) | |
| Respondent. | ) ) | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents listed below have been manually filed with the Court and are available in paper form only:

**RESPONDENT'S SUPPLEMENTAL ANSWER**

**Volume III**

1. Trial Transcript, Volume I, dated October 6, 1998

2. Trial Transcript, Volume II, dated October 7, 1998.

                                                Respectfully submitted,
                                                MARTHA COAKLEY
                                                ATTORNEY GENERAL

                                                /s/ Susanne G. Reardon
                                                Susanne G. Reardon
                                                Assistant Attorney General
                                                Criminal Bureau
                                                One Ashburton Place
                                                Boston, Massachusetts 02108
                                                (617) 727-2200
                                                BBO No. 561669

**CERTIFICATE OF SERVICE**

     I hereby certify that a true copy of the attached document was served upon Donald Freyleue, Six Highland Avenue, Ipswich, MA 01938, by first class mail, postage pre-paid, on March 27, 2007.

                                      /s/ Susanne G. Reardon
                                      Susanne G. Reardon
                                      Assistant Attorney General