UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2007 MAY -1  A 11: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PETER J. SANTIAGO, Jr. ) <br> Petitioner ) <br> ) <br> v. ) <br> ) <br> STEVEN O'BRIEN, ) <br> Respondent ) | Civil Action No. 4:05-CV-40158 |

### PETITIONER'S MOTION FOR
### LEAVE TO FILE REPLY MEMORANDUM

Now comes the Petitioner, Peter J. Santiago, Jr., and moves this court for leave to file a reply memorandum in response to the Respondent's Memorandum in Opposition to Habeas Corpus Petition. In support of this motion, Santiago states that the Respondent has raised *Stove v. Powell*, 428 U.S. 465 (1976), in support of dismissal of Santiago's Fourth Amendment claim on procedural grounds. Santiago request the opportunity to research and prepare a reply to this argument on two bases: 1) that the policy reasons underlying *Stone v. Powell* no longer obtain due to significant changes in statutory and decisional law since 1976; and 2) that Santiago did not receive a full and fair hearing of his Fourth Amendment claim in state court.

Peter Santiago,
Petitioner,

by his attorney,

26 April 2007

*Donald K. Freyleue*
Donald K. Freyleue
BBO# 549822
Six Highland Avenue
Ipswich, MA 01938
(978) 356-4739

### CERTIFICATE OF SERVICE

I, Donald K. Freyleue, attorney for Peter J. Santiago, Jr., hereby certify that on this date I served the foregoing on Susanne G. Reardon, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

*Donald K. Freyleue*
Donald K. Freyleue

26 April 2007