## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PETER J. SANTIAGO, Jr.  )<br>    Petitioner    )<br>                     )<br>v.                   )<br>                     )<br>STEVEN O'BRIEN,      )<br>    Respondent    ) | Civil Action No. 4:05-CV-40158 |

## PETITIONER'S REQUEST FOR HEARING

Now comes the Petitioner, Peter J. Santiago, Jr., and requests that this court schedule a hearing in the above-captioned matter. This case has been pending since 2005, and both parties have filed memoranda of law. The Petitioner has raised substantial legal and factual issues which warrant a hearing on the merits.

                                        Peter J. Santiago, Jr.,
                                        Petitioner,

                                        by his attorney,

29 April 2008                                s/Donald K. Freyleue
                                                  Donald K. Freyleue
                                                  BBO# 549822
                                                  Six Highland Avenue
                                                  Ipswich, MA 01938
                                                  (978) 356-4739

**CERTIFICATE OF SERVICE**

    I, Donald K. Freyleue, attorney for Peter J. Santiago, Jr., hereby certify that on this date I served the foregoing on Susanne G. Reardon, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

29 April 2008                                s/Donald K. Freyleue
                                                  Donald K. Freyleue