**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PETER J. SANTIAGO, Jr.    ) | |
|     Petitioner                    ) | |
|                                        ) | |
| v.                                   ) | Civil Action No. 4:05-CV-40158 |
|                                        ) | |
| STEVEN O'BRIEN,            ) | |
|     Respondent                ) | |

**PETITIONER'S REQUEST FOR HEARING**

Now comes the Petitioner, Peter J. Santiago, Jr., and requests that this court schedule a hearing in the above-captioned matter. This case has been pending since 2005, and both parties have filed memoranda of law. The Petitioner has raised substantial legal and factual issues which warrant a hearing on the merits.

                                             Peter J. Santiago, Jr.,
                                             Petitioner,

                                             by his attorney,

29 April 2008                                    s/Donald K. Freyleue
                                                 Donald K. Freyleue
                                                 BBO# 549822
                                                 Six Highland Avenue
                                                 Ipswich, MA 01938
                                                 (978) 356-4739

**CERTIFICATE OF SERVICE**

    I, Donald K. Freyleue, attorney for Peter J. Santiago, Jr., hereby certify that on this date I served the foregoing on Susanne G. Reardon, Assistant Attorney General, One Ashburton Place, Boston, MA 02108.

29 April 2008                                    s/Donald K. Freyleue
                                                 Donald K. Freyleue